**No. 09-9655. Marian Jass, Petitioner v. United States.**

559 U.S. 1087, 130 S. Ct. 2128, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3207.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 569 F.3d 47.

**No. 09-9715. William Darby, Petitioner v. United States.**

559 U.S. 1087, 130 S. Ct. 2132, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3223.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-9745. Edward Tucker, Petitioner v. United States.**

559 U.S. 1087, 130 S. Ct. 2135, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3170.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 350 Fed. Appx. 512.

**No. 09-9784. Travis S. Hester, Petitioner v. United States.**

559 U.S. 1087, 130 S. Ct. 2137, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3127.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 589 F.3d 86.

**No. 09-10250 (09A972). Darryl Durr, Petitioner v. Ted Strickland, Governor of Ohio, et al.**

559 U.S. 1087, 130 S. Ct. 2147, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3476.

April 19, 2010. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 602 F.3d 789.

**No. 09-10280 (09A979). Darryl Durr, Petitioner v. Ted Strickland, Governor of Ohio, et al.**

559 U.S. 1087, 130 S. Ct. 2147, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3475.

April 19, 2010. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 602 F.3d 788.

**No. 09-10281 (09A980). Darryl Durr, Petitioner v. Richard Cordray, Attorney General of Ohio, et al.**

559 U.S. 1087, 130 S. Ct. 2147, 176 L. Ed. 2d 757, 2010 U.S. LEXIS 3477.

April 19, 2010. Application for stay of execution of sentence of death, presented to Justice Stevens, and by him referred to the Court, denied. Petition for writ of

certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 602 F.3d 731.

**No. 09-9664. In re Wesley Allan Herring, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2129, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3145.

April 19, 2010. Petition for writ of habeas corpus denied.

**No. 09-9750. In re Windell McClain, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2135, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3185, ■

April 19, 2010. Petition for writ of habeas corpus denied.

**No. 09-9867. In re Jeffrey Lynn Chronister, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2138, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3203, ■

April 19, 2010. Petition for writ of habeas corpus denied.

**No. 09-985. In re Stacy Ann Patterson, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2110, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3140, ■

April 19, 2010. Petition for writ of mandamus denied.

**No. 09-8998. In re Samuel L. Biers, Petitioner.**

559 U.S. 1066, 130 S. Ct. 2100, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3148.

April 19, 2010. Petition for writ of mandamus and/or prohibition denied.

**No. 08-1458. Missouri Gas Energy, Petitioner v. Monica Schmidt, Woods County, Oklahoma, Assessor.**

559 U.S. 1087, 130 S. Ct. 2141, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3176.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 970, 130 S. Ct. 1685, 176 L. Ed. 2d 179, 2010 U.S. LEXIS 2087.

**No. 09-273. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Petitioner v. Anthony Cardell Haynes.**

559 U.S. 1088, 130 S. Ct. 2141, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3270.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 43, 130 S. Ct. 1171, 175 L. Ed. 2d 1003, 2010 U.S. LEXIS 1037.

**No. 09-347. Nora Dutka, as Guardian for the Estate of T. M., a Minor, et al., Petitioners v. AIG Life Insurance Company.**

559 U.S. 1088, 130 S. Ct. 2141, 176 L. Ed. 2d 758, 2010 U.S. LEXIS 3238.

April 19, 2010. Petition for rehearing denied.